**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Kelly Denise MICHAEL, Defendant—
Appellant.**

**No. 09–6437.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 5, 2009.

Kelly Denise Michael, Appellant Pro Se. Corey F. Ellis, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

PER CURIAM:

Kelly Denise Michael appeals the district court's order denying her 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly,

we affirm for the reasons stated by the district court. *United States v. Michael,* No. 1:06–cr–00227–LHT–2 (W.D.N.C. Feb. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*